# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 11, 2008

136618 & (17)(18)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

RONALD E. MICHALAK,
      Plaintiff-Appellant,

v

OAKLAND COUNTY CLERK,
      Defendant-Appellee,

and

BARBARA BENKO MURPHY, a/k/a
BARBARA A. BENKO,
      Intervening Defendant-Appellee.

SC: 136618
COA: 285803
Oakland CC: 2008-091624-AW

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the June 6, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for stay is DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 11, 2008

_____
Clerk

p0610